**Daniel Rosal ULANDAY, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–73479.

United States Court of Appeals, Ninth Circuit.

Submitted May 7, 2007.*

Filed May 14, 2007.

Daniel Rosal Ulanday, Eloy, AZ, pro se.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA,

District Counsel, Office of the District Chief Counsel U.S. Department of Homeland Security, Phoenix, AZ, Janice K. Redfern, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, GOULD and CALLAHAN, *Circuit Judges.*

MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' order affirming an Immigration Judge's decision finding that petitioner is removable for an aggravated felony conviction.

The issue on review—whether petitioner's conviction for taking a vehicle without consent in violation of California Vehicle Code § 10851(a), qualifies as a "theft offense," and thus is an aggravated felony under 8 U.S.C. 1101(a)(43)(G)—is foreclosed by *Gonzales v. Duenas-Alvarez,* —— U.S. ——, 127 S.Ct. 815, 166 L.Ed.2d 683 (2007). Because petitioner was found removable for an aggravated felony conviction, we lack jurisdiction over this petition for review. *See* 8 U.S.C. §§ 1227(a)(2)(A)(iii); 1252(a)(2)(C).

Accordingly, respondent's unopposed motion for summary disposition is granted because this petition for review is controlled by precedent. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.